CR-30320-NJR
Feb. 7th 2022

Status Motion for Case # CR-30320-NJR

RE: CLERK of the Court; [Include all into casefile]

I am trying to communicate to the Chief Justice of the 7th Circuit. I am sorry do not know who it is. But I have been waiting on my case decision filed May 2021.

I have only received a Notice of Entry for the U.S. Attorney (Already sent to my file to request clarification/Status of case).

I still to this present day have received no communication for either the clarification/Status. I was never given an answer whether I was to receive a court appted attorney. I received no ORDER of this nature. I have received no DECISION ORDER or answer from the U.S. Atty's side to argue my motion. So it has almost been a year and since filing of my Motion I have turned 60 (5/10/61) Eligible for EOHC. Now Jan 2022 has passed under FSIA I am eligible under programming requirements (attached all documents).

We are now unable to communicate with anyone not our families as of ~~Feb.~~ Jan. 31st 2022 (i.e. Nationwide Lockdown of FBOP). Please I am requesting an immediate response to yet my 3rd request as to the Status/Disposition of this Motion of 5/2021. (make copy of reverse side) Please send entire file to Chief Justice of 7th Circuit for Review as to why under Due Process this delay is a HARDSHIP for me because of my age, status.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KATHRYN G. GARTEN, )<br>)<br>Defendant. ) | CRIMINAL NO. 12-CR-30320-NJR |

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2021, I caused to be electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.

I hereby certify that on May 18, 2021, I caused to be mailed by United States Postal Service the document to the following non-registered participant:

**Kathryn G. Garten**
Reg. No. 57794-018
FCI ALICEVILLE
P O BOX 4000
ALICEVILLE, AL 35442

                                              Respectfully submitted,

                                              STEVEN D. WEINHOEFT
                                              United States Attorney

                                              *s/ Angela Scott*
                                              ANGELA SCOTT
                                              Assistant United States Attorney
                                              Nine Executive Drive
                                              Fairview Heights, IL  62208
                                              (618) 628-3700
                                              E-mail:  Angela.Scott@usdoj.gov

Exhibits I

TRULINCS 57794018 - GARTEN, KATHRYN G - Unit: ALI-A-D

---

FROM: 57794018
TO: Education
SUBJECT: ***Request to Staff*** GARTEN, KATHRYN, Reg# 57794018, ALI-A-D
DATE: 09/13/2021 12:43:56 PM

To: Ms. Harris
Inmate Work Assignment: VT

Ms. Harris,

I graduated from the Cosmetology Program before the Pandemic with Ms. Cook
I got my hours and credits, diploma and everything. But it means nothing if I
cannot take the License Exam in Florida. I was supposed to be able to go back to
Camp in Coleman Florida where I originally came from but that Camp is now just for men.

I can only go to one place that I know has the Cosmetology Program. They have the
program at Tallahassee FCI. I really need to be able to put in for a program transfer
because I need to take the review class so that I can take the License Exam in Florida
since this is where I reside with my family.

I may be getting early release in November 2022 because It my EOHC commutation date (it's in sentry)

I want to be able to re-enter Society with my Cometology Professional License, because that is why we
were given the option of taking vocational training.

I would be a waste if I could not use it and it makes sense to go to where I can take the TEST to
get my professional iicense to work in the field.

So, I am looking or a program transfer, if you can tell me how to go about it I would appreciate it.

I also took the Culinary and got the NRA (National Restaurant Associations) food handler cert and servesafemanagers cert.

I would also like to finish the program Ms. Colvin gave me my hours so I could finish somewhere else
I believe Tallahassee FCI has that program too.

If you could help me I would appreciate it.

Have a blessed day

Hebrews13:3
Eccles.11:1-3

I am trying to get the chance to avail myself of my rights. The delays of this situation is causing great hardship to myself, my family and my health. (this needs to be investigated) programming legislation NG w/o dominant Prof. License for RE-ENTRY purposes.



| **Individualized Needs Plan - Program Review   (Inmate Copy)** | SEQUENCE: 01865962 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Team Date: 12-16-2021 |
| Plan is for inmate: GARTEN, KATHRYN G  57794-018 | |

Facility: ALI  ALICEVILLE FCI  
Name: GARTEN, KATHRYN G  
Register No.: 57794-018  
Age: 60  
Date of Birth: 05-10-1961  

Proj. Rel. Date: 08-26-2025  
Proj. Rel. Mthd: GCT REL  
DNA Status: COM05697 / 03-19-2014  

*(handwritten annotations: (2/7/2022) 10 mths, EDHC 12-10-2022)*

**Detainers**

| Detaining Agency | Remarks |
|---|---|

NO DETAINER

**Current Work Assignments**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ALI | VT CULINAR | CULINARY VT CLASS DETAIL | 12-23-2019 |

**Current Education Information**

| Facl | Assignment | Description | Start |
|---|---|---|---|
| ALI | ESL HAS | ENGLISH PROFICIENT | 03-25-2014 |
| ALI | GED HAS | COMPLETED GED OR HS DIPLOMA | 07-10-2014 |

**Education Courses**

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| ALI | C | HEALTHY MIND AND BODY | 09-18-2020 | 12-10-2020 |
| ALI | W | VT CULINARY M-F 8AM-3:30 PM | 10-02-2019 | 12-10-2020 |
| ALI | C | VT COSMETOLOGY M-F 8AM-3:30PM | 09-06-2018 | 09-09-2019 |
| ALI | C | RPP#1: YOGA FCI | 06-17-2018 | 08-05-2018 |
| ALI | C | GREAT DEBATERS ACE CLASS | 03-28-2018 | 05-02-2018 |
| ALI | C | PARENTING FROM WITHIN FCI | 12-29-2017 | 03-21-2018 |
| ALI | C | TUTOR TRAINING | 02-02-2018 | 02-02-2018 |
| ALI | C | 7 HABITS OF EFFECTIVE PEOPLE | 12-09-2017 | 01-06-2018 |
| ALI | C | WOMEN'S REST BASED FITNESS | 06-28-2017 | 08-10-2017 |
| ALI | C | YOGA FCI | 01-19-2017 | 03-04-2017 |
| COM SCP | C | RPP HEALTH/NUTRITION #1 | 06-24-2015 | 06-24-2015 |
| COM SCP | C | ABDOMINALS | 03-13-2015 | 05-15-2015 |
| COM SCP | C | TOASTMASTERS UNT TEAM | 02-05-2015 | 05-07-2015 |
| COM SCP | C | INFO JOB FAIR (CAMP) | 10-22-2014 | 12-19-2014 |
| COM SCP | C | BEGINNERS YOGA | 12-25-2014 | 03-12-2015 |
| COM SCP | C | ZUMBA FITNESS PROGRAM | 10-18-2014 | 12-24-2014 |
| COM SCP | C | MINOR LEAGUE SPORTS RULES | 10-18-2014 | 10-30-2014 |
| COM SCP | C | TOASTMASTERS UNT TEAM | 09-11-2014 | 11-05-2014 |
| COM SCP | C | WORKPLACE SKILLS 2 (UNICOR) | 10-01-2014 | 10-10-2014 |
| COM SCP | C | WORKPLACE SKILLS 1 (UNICOR) | 10-01-2014 | 10-10-2014 |
| COM SCP | C | INTRO INTL STANDARDS ORG (FPI) | 05-26-2014 | 06-03-2014 |
| COM SCP | C | INTRO QUALITY ASSUR (UNICOR) | 05-25-2014 | 06-02-2014 |
| COM SCP | C | INTRO WAREHOUSE/INV MNG (FPI) | 04-02-2014 | 10-02-2014 |
| COM SCP | C | MINOR LEAGUE SPORTS RULES | 09-06-2014 | 09-09-2014 |
| COM SCP | C | SPORTS RULES CLASS | 06-08-2014 | 07-09-2014 |
| COM SCP | C | BEGINNERS YOGA | 04-02-2014 | 06-15-2014 |

**Discipline History (Last 6 months)**

| Hearing Date | Prohibited Acts | | |
|---|---|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

**Current Care Assignments**

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-07-2014 |
| CARE1-MH | CARE1-MENTAL HEALTH | 03-28-2014 |

**Current Medical Duty Status Assignments**

| Assignment | Description | Start |
|---|---|---|



**Individualized Needs Plan - Program Review     (Inmate Copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: GARTEN, KATHRYN G   57794-018

SEQUENCE: 01865962
Team Date: 12-16-2021

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 03-28-2014 |
| YES F/S | CLEARED FOR FOOD SERVICE | 10-03-2019 |

**Current Drug Assignments**

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 04-07-2014 |

**FRP Payment Plan**

Most Recent Payment Plan

| FRP Assignment: | NO OBLG | FINANC RESP-NO | | Start: 12-14-2016 |
|---|---|---|---|---|
| Inmate Decision: | AGREED | $25.00 | Frequency: | QUARTERLY |
| Payments past 6 months: | $0.00 | | Obligation Balance | $909,128.00 |

Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | REST FV | $909,278.00 | $909,128.00 | DEFERRED | WAIT PLAN |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

**FRP Deposits**

Trust Fund Deposits - Past 6 months:   $ N/A          Payments commensurate ?   N/A
New Payment Plan:    ** No data **

**Current FSA Assignments**

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 06-23-2021 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 09-15-2021 |
| N-ANTISO N | NEED - ANTISOCIAL PEERS NO | 05-28-2021 |
| N-COGNTV N | NEED - COGNITIONS NO | 05-28-2021 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-28-2021 |
| N-EDUC N | NEED - EDUCATION NO | 05-28-2021 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 05-28-2021 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 09-15-2021 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 05-28-2021 |
| N-MEDICL N | NEED - MEDICAL NO | 05-28-2021 |
| N-RLF Y | NEED - REC/LEISURE/FITNESS YES | 05-28-2021 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 05-28-2021 |
| N-TRAUMA Y | NEED - TRAUMA YES | 05-28-2021 |
| N-WORK N | NEED - WORK NO | 05-28-2021 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 06-23-2021 |

**Progress since last review**

Previous goal partially met. You have maintained clear conduct however, you have not completed a class since last team.

**Next Program Review Goals**

Maintain clear conduct, save at least $250.00 in your pre-release account, and complete an FSA/ACE class by next team 6-2022.

**Long Term Goals**

Maintain clear conduct, save at least $500.00 in your pre-release account, obtain two forms of identification, and complete at least 4 FSA classes by 12-2022.

**RRC/HC Placement**

No.
Management decision - RRC placement will be assessed in accordance with the Second Chance Act 17-19 months prior to release. .

**Comments**



**Individualized Needs Plan - Program Review   (Inmate Copy)**   SEQUENCE: 01865962
Dept. of Justice / Federal Bureau of Prisons   Team Date: 12-16-2021
Plan is for inmate: GARTEN, KATHRYN G   57794-018

**Finance/Poverty Need Screen**
Is there documentation in the PSR of any of the following?

    Any history of Bankruptcy
    No bank account
    No assets nor liabilities noted in PSR
    Debts noted in Credit Report or other sources
    Tax Liabilities/back taxes
    Unpaid alimony/child support
    other indications of lack of financial management skills (specify)

NO, the inmate does not have a financial/poverty skills need.

---

(Exemplary Conduct)

✓ 1st I have enough programming to meet the FSIA Jan. 15 2022 (original FSA of 2018) ## Early release date 12-10-2022 reduced a yr. because of programming means reduction/release.

✓ 2nd I am eligible for the Recidivism reduction of sentence based of my pattern analysis minimal risk/eligability

✓ 3rd I am 60 yrs old be 61 yrs old in 5/10/2022 meet all requirements of the EOHC.

I Kathryn Garten meet all criterias of having my sentence reduced, because of Age, amount of Programing under (FSIA), EOHC and the pattern Analysis of Recidivism. I pray you will immediately help expedite my release Faith

Sentry Data as of 12-15-2021   Individualized Needs Plan - Program Review   (Inmate Copy)   Page 3 of 4

FBOP GS per these new requirements.

Sirs/Ladies:

(EXHIBIT #3 (my progress while Incarcerated as a published Author.))

I have been writing for more than 6 years.
I have already published, my first book, my first series, Grace collection.
It is available on Amazon.com ISBN#978-173-136-2636
Title: Saving Grace, spilt'd injustice by Kathryn Garten and Christopher Garten

The only reason I , mention this book, is to show you proof of my work, published.
I am looking to re-launch this book, along with the other manuscripts of this series.
I believe with better promotion and more exposure on Social Media Platforms, the
book would do better, with an experienced publishing house.
This series right now has more than 7 manuscripts completed and could yield more, as well
as spinoff books of other main characters in the book.

I am looking for a publisher/ partner/ investor, for this first book already in the market
the re-launch, would be a way of beginning, what, I , believe could be a successful collaboration.
I hope, you will feel the same.

I am also , not a one book author, or one series, I have other manuscripts for other series, so far 6 series.

I am looking for a home for my writings. They are all different :
Grace Series, Legal Romantic Thriller Novels, Merit and Dolly Paris Novels, mystery thrillers(ex Navy Seal turned security
expert and his little sister team up to solve serial killings, she is an FBI Profiler(have 3 manuscripts, so far , can be more),
I have an Urban Series, Street Ladies (The life of 10 ladies and their rise to Street Queens, Urban Royalty), Another Series,
1ST Wife's Divorce Club, A Law firm of only women, who fight for women, who fight... the first book of the series, already
written, titled : Love and War... in the suburbs.... there could be spinoffs from characters in this series too.), A coming
of Age series, titled: One Chapter at a time(in process). I can send this one to you in real time, if I add you to my email
list, Finally, A series Called Poetry from Prison, a walk through the human Spirit, vol 1, in contract with a self publishing
company, can't pay the balance. They are 4 volumes of 100 poems each, vol 1. Faith, vol2.Love, vol.3Hope and
vol.4 Lockdown, the poems I have been writing while locked down during the Pandemic. I am also writing a manuscript
called TraffikJam, it's framed around the Jeffrey Epstein Story, a novel, that begins with the court case, that, was not....
I also have others too. I can't stop writing.

so, I thank you for your time, I , hope and pray to have the chance to be a future writer, who is published, because, I
enjoy writing and having the feeling of Hope, when people read my writing. So, I pray, you are the right fit for my
characters and stories.

Because as Hemmingway said " A writer can't not write."

I need a good editor, caring and a chance.

Have a blessed day
(Hebrews13:1)



P.O. Box 4000
Alexville Alabama 35442.

BIRMINGHAM AL 350
8 FEB 2022 PM 6 L

MAIL CLEARED

Clerk of the Court.
RE: Chief Justice 7 document Case # 12-CR-30320-NJR
U.S.D.C.
Southern District of Illinois
750 Missoury Avenue
East St. Louis, IL 62201



RECEIVED
FEB 11 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

Godspeed

Please